UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELO MELENDEZ,<br><br>         Petitioner,<br><br>   v.<br><br>LELAND SCOTT McEWEN,<br><br>         Respondent. | No. 2:11-cv-2895-MCE-EFB P<br><br><br>ORDER |

Petitioner, a state prisoner proceeding without counsel, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Judgment was entered in this action on August 5, 2013 and the court declined to issue a certificate of appealability. Despite that ruling, petitioner now requests a certificate of appealability. ECF No. 27. As the court has already decided that petitioner is not entitled to a certificate of appealability, petitioner's request is denied. Petitioner may, however, seek a certificate of appealability from the United States Court of Appeals for the Ninth Circuit under Federal Rule of Appellate Procedure 22. Rule 11(a), Rules Governing Section 2254 Cases.

Accordingly, IT IS HEREBY ORDERED that petitioner's request for a certificate of appealability (ECF No. 27) is denied.

Dated:   October 8, 2013.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE