UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELO MELENDEZ, | No. 2:11-cv-2895-MCE-EFB P |
| Petitioner, | |
| v. | ORDER |
| LELAND SCOTT McEWEN, | |
| Respondent. | |

Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Judgment was entered in this action on August 5, 2013 and the court declined to issue a certificate of appealability. ECF Nos. 22, 23, 28. Petitioner filed a notice of appeal on September 23, 2013. See ECF No. 24 (dated September 19, 2013).

On June 25, 2014, the U.S. Court of Appeals for the Ninth Circuit construed petitioner's notice of appeal as a motion to reopen the time for filing an appeal pursuant to Federal Rule of Appellate Procedure 4(a)(6), and remanded the matter to this court for the limited purpose of ruling on the motion. ECF No. 31. So construed, the motion is granted. The Clerk of the Court is directed to forward a copy of this order to the Court of Appeals for filing on the docket of Case No. 13-16931.

IT IS SO ORDERED.

Dated: July 2, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT